# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1050
_____

Troy Thomas,

    Appellant,

    v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.


June 12, 2024

Per Curiam.

The Court grants Appellee's motion to dismiss filed on January 8, 2024. Appellant was released from the custody of the Florida Department of Corrections on October 29, 2023, upon the expiration of his sentence. The appeal—which challenges the trial court's denial of his complaint seeking a writ of habeas corpus—is, in turn, moot.

Dismissed.

B.L. Thomas, Ray, and Tanenbaum, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Troy Thomas, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.